UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GERALD P. BARLETTA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | CASE NO. 3:07-CV-1195(RNC) |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
|     Defendant. | : | |

## RULING ON MOTION

Pending before the court is the plaintiff's "Motion for Judgment to Compel." (Doc. #40.) The motion asks the court for "all attorney fee[s], expert witness fees, and [to] be made whole due to the Defendants' 'lackadaisical attitude' toward discovery and failure to produce written data in agreed time limit." The court's rules do not permit the award of attorney's fees based on such a broad claim of delay.

The court has previously addressed the reasonable cancellation of plaintiff's deposition due to a major snowstorm. (See docs. #32, 33, 37.) To the extent that the plaintiff claims the defendants were late in responding to his written discovery requests, he failed to file a motion to compel in compliance with Local Rule 37 and the Amended Scheduling Order, doc. #31. (See also doc. #37, summarizing requirements of Local Rule 37.)

SO ORDERED at Hartford, Connecticut this 23rd day of February, 2009.

                                                      ____/s/_____
                                                      Donna F. Martinez
                                                      United States Magistrate Judge